# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of *(Briefly describe the property to be searched or identify the person by name and address)* An iPhone with a dark clear case (labeled N-66); (Seized Device #4) | Case No. 25-8302-PGL |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of Massachusetts, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841 | Distribution of controlled substances; Conspiracy to distribute and to possess with |
| 21 U.S.C. § 846 | intent to distribute controlled substances; Use of a communication facility in the |
| 21 U.S.C.§ 843(b) | commission of controlled substances trafficking offenses |

The application is based on these facts:
Please see attached affidavit of DEA Task Force Officer Christina Pasquarello.

☑ Continued on the attached sheet.
☐ Delayed notice of \_\_\_\_\_ days *(give exact ending date if more than 30 days:* \_\_\_\_\_ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Christina Pasquarello /by Paul G. Levenson*
Applicant's signature

Christina Pasquarello, DEA Task Force Officer
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone *(specify reliable electronic means)*.

Date: 04/17/2025

Judge signature

City and state: Boston, Massachusetts

Hon. Paul G. Levenson, U.S. Magistrate Judge
Printed name and title